Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC AND LOUIS FLOYD individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>vs.<br>ADS MEDIA MARKETING, INC. DBA MY SUPERNOVA AND JAMES and each of them,<br>Defendant. | Case No. **3:20-cv-01170-EMC**<br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS.** |

NOW COMES THE PLAINTIFFs by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiff and without prejudice as to the class. No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Respectfully submitted this 21st Day of May, 2020,

UNITED STATES DISTRICT COURT
GRANTED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

By: s/Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney for Plaintiff

Dated: 5/29/2020